# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

UNITED STATES OF AMERICA
*Plaintiff*

v.

~~NILDA LIZZETTE~~ JUAN CISNEROS PORTILLO
*Defendant*

Case No.  20-MJ-6001-0\](DEA)

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___18___ day of ___AUGUST___, 2019,

ORDERED that ___Brian Reilly___ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

DOUGLAS E. ARPERT
United States Magistrate Judge

**RECEIVED**

AUG 18 2020

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE